IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD RAY WILLIAMS,

    Petitioner,               No. CIV S-07-0028 FCD DAD P

   vs.

HOREL, et al.,

    Respondents.        ORDER

_____/

      Petitioner has requested an extension of time to file an amended petition pursuant to the court's order of October 15, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's October 29, 2007 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file an amended petition.

DATED: November 1, 2007.

                                  /s/ Dale A. Drozd
                                  DALE A. DROZD
                                  UNITED STATES MAGISTRATE JUDGE

DAD/bb
will0028.111