IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD RAY WILLIAMS,

    Petitioner,                   No. CIV S-07-0028 FCD DAD P

    vs.

HOREL, et al.,

    Respondents.             <u>ORDER</u>

_____/

        This petition for writ of habeas corpus was dismissed on January 9, 2008. Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: September 17, 2008.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
will0028.158